```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MAIROBY HERNANDEZ, Individually and on Behalf                          :
of All Others Similarly Situated,                                      :
                                                                       :
                            Plaintiff,                                 :    22 Civ. 9673 (JPC)
                                                                       :
            -v-                                                        :    ORDER
                                                                       :
EINSTEIN ASSOCIATES LLC,                                               :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 21, 2022, Defendant filed a letter seeking leave to file a motion to dismiss the Complaint in this action. Dkt. 8. The Court granted that request, and set January 17, 2023 as the deadline for Defendant to file its motion to dismiss. Dkt. 10. Defendant has not filed a motion to dismiss. Accordingly, Defendant shall file its answer to the Complaint by January 27, 2023. The parties also shall file a letter with an update as to the status of this case by the same date.

SO ORDERED.

Dated: January 23, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge