```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MAIROBY HERNANDEZ, Individually and on Behalf                          :
of All Others Similarly Situated,                                      :
                                                                       :
                              Plaintiff,          :      22 Civ. 9673 (JPC)
                                                                       :
                -v-                               :            ORDER
                                                                       :
EINSTEIN ASSOCIATES LLC,                                               :
                                                                       :
                              Defendant.          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 30, 2023, after Defendant's repeated failure to comply with Court orders and respond to the Complaint despite having appeared in this action, the Court ordered Plaintiff to move for a default judgment by February 14, 2023. Dkt. 13. The Clerk of Court issued a certificate of default as to Defendant on January 31, 2023. Dkt. 16. On February 14, 2023, the parties filed a proposed stipulation and order requesting that the Clerk's certificate of default be vacated, and that Defendant be permitted to answer the Complaint. Dkt. 18. This filing contained no explanation for Defendant's repeated failure to comply with Court orders. *Id.*

The Court will hold a conference to discuss this proposed order on February 17, 2023, at 10:30 a.m. The conference will take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: February 14, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge