```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MAIROBY HERNANDEZ, Individually and on Behalf                          :
of All Others Similarly Situated,                                      :
                                                                       :
                              Plaintiff,                               :     22 Civ. 9673 (JPC)
                                                                       :
               -v-                                                     :             ORDER
                                                                       :
EINSTEIN ASSOCIATES LLC,                                               :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    An initial pre-trial conference ("IPTC") is currently scheduled in this case for April 10, 2023 at 1:00 p.m. via teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at the IPTC. No later than April 7, 2023, it is further ORDERED that the parties shall submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or all outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

    (5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

    (6)    The estimated length of trial; and

    (7)    Any other information that the parties believe may assist this Court in resolving the action.

  By that date, the parties shall also submit to the Court a proposed case management plan and

scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

    SO ORDERED.

Dated: April 4, 2023
       New York, New York

                                        JOHN P. CRONAN
                                   United States District Judge