UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAIROBY HERNANDEZ, Individually, and
On Behalf of All Others Similarly Situated,

           Case No. 1:22-cv-09673

           Plaintiff,

vs.

EINSTEIN ASSOCIATES, LLC,      **STIPULATION OF DISMISSAL**

           Defendant.
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: May 30, 2023                            **MIZRAHI KROUB LLP**

                                              EDWARD Y. KROUB
                                              225 Broadway, 39th Floor
                                              New York, NY  10007
                                              Telephone: 212/595-6200
                                              212/595-9700 (fax)
                                              ekroub@mizrahikroub.com

                                              *Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. Accord Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: June 1, 2023
New York, New York

                    JOHN P. CRONAN
               United States District Judge

DATED:  May 30, 2023

STEIN & NIEPORENT LLP

*[signature]*

David Stein
1441 Broadway, Ste 6090
New York, NY 10018
212-308-3444
Email: dstein@steinllp.com

*Attorney for Defendant*